# UNITED STATES BANKRUPTCY COURT

In Re: _____Vance, La Shon Safini_____          Case No. __08-26077__
          **Debtor**                                     (if known)
                                                Chapter ____13____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50         Check one    ☐ With the filing of the petition, or
                                ☒ On or before   Oct 1, 2008

   $ 68.50         on or before   Nov 1, 2008

   $ 68.50         on or before   Dec 1, 2008

   $ 68.50         on or before   Jan 1, 2008

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   SEP 30 2008
   KENNETH S. GARDNER, CLERK
   PS REF. MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____         _/s/ La Shon Vance_   _9/30/08_
**Signature of Attorney**       Date           **Signature of Debtor**   Date

_____                    _____   _____
**Name of Attorney**                           **Signature of Joint Debtor**   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of _____Illinois_____

In re Vance, ha Shon Safini,
         Debtor

Case No. 08-26077

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐ With the filing of the petition, or
                                ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: SEP 30 2008

_____
Kenneth S. Gardner, Clerk of the Court