```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 26077
   LASHON SAFINI VANCE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-4601


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/30/2008 and was not confirmed.

     The case was dismissed without confirmation 01/08/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG        .00           .00           .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE        .00           .00           .00
COMMONWEALTH EDISON       UNSECURED        6949.44           .00           .00
DEUTSCHE BANK NATIONAL T  MORTGAGE NOTI  NOT FILED           .00           .00
FORD MOTOR CREDIT         SECURED VEHIC  12276.93            .00        678.30
ARROW FINANCIAL SERV      UNSECURED        332.67           .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                       52.62
DEBTOR REFUND             REFUND                                       403.08

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,134.00

PRIORITY                                       .00
SECURED                                     678.30
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         52.62
DEBTOR REFUND                               403.08
                    --------------        --------------
TOTALS              1,134.00              1,134.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/10/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```